UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Khadija Faye,  
Debtor(s).

Case No.: __18-18188-RG__  
Chapter: __7__  
Judge: __Gambardella__

## NOTICE OF PROPOSED ABANDONMENT

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __9/18/18__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real property located at 81 Leo Street, Edison, NJ.<br>Fair Market Value: $226,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Vanderbilt Mortgage and Finance in the approximate amount of $230,507.25 |
|---|---|

| Amount of equity claimed as exempt: | None |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee  
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410  
Telephone No.: 201-796-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Khadija Faye  
    Debtor

Case No. 18-18188-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 17, 2018  
                 Form ID: pdf905     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.
```
db              +Khadija Faye,    1015 West 6th Street,    Plainfield, NJ 07063-1431
517473788       +Evan J. Harra, Esq.,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                  Westmont, NJ 08108-2812
517473789       +Middlesex County Sheriff,    701 Livingtson Avenue,    PO Box 1188,
                  New Brunswick, NJ 08903-1188
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2018 22:28:51     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2018 22:28:50      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517478103       +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 22:30:59      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517473790        E-mail/Text: legal_bankruptcy@badcock.com Aug 17 2018 22:28:30     W.S. Badcock,
                  4510 S Dale Mabry Highway,    Tampa, FL 33611
                                                                                              TOTAL: 4
```

          \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:
```
              Andrew I. Radmin    on behalf of Debtor Khadija  Faye andyradz@aol.com,
               andyradz@aol.com;r39798@notify.bestcase.com
              Barbara  Edwards     on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara  Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Vanderbilt Mortgage and Finance, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Vanderbilt Mortgage and Finance, Inc.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```